## NOLAN v. PARAMOUNT HOMES, INC.

No. 526P99

Case below: 135 N.C.App. 73

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

## OSBURN v. DANEK MEDICAL, INC.

No. 549A99

Case below: 135 N.C.App. 234

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rules 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 3 February 2000.

## PARCHMENT v. GARNER

No. 540P99

Case below: 135 N.C.App. 312

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000.

## PARK LAKE RECREATION ASS'N v. GRANT

No. 559P99

Case below: 135 N.C.App. 384

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 February 2000.

## PULLIAM v. NOVA SOUTHEASTERN UNIV.

No. 247P99

Case below: 133 N.C.App. 347

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 19 August 1999.